United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41305
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ANGEL FUENTES ROMERO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-168-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Angel Fuentes Romero (Fuentes),

the Federal Public Defender, has moved for leave to withdraw from

this appeal and has filed a brief as required by Anders v.

California, 386 U.S. 738 (1967).  Fuentes has received a copy of

counsel's motion and brief but has not filed a response.  Our

independent review of the brief and the record discloses no

nonfrivolous issue.  Accordingly, counsel's motion for leave to

withdraw is GRANTED, counsel is excused from further

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.